1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   ATLANTIC RECORDING CORPORATION; SONY
7  BMG MUSIC ENTERTAINMENT; BMG MUSIC; UMG
   RECORDINGS, INC.; LAFACE RECORDS LLC; and
8  MOTOWN RECORD COMPANY, L.P.

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>Defendant. | CASE NO.<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

---

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#36438 v1

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2    Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3    ORDERED that Plaintiffs may serve immediate discovery on California State University,
4    Monterey Bay to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks
5    documents that identify Defendant, including the name, current (and permanent) address and
6    telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7    disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9    the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10   under the Copyright Act.

14   Dated: _____        By: _____
                                                United States District Judge