AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress  E-filing<br>Washington, D.C. 20559 | | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District  **BZ** |
|---|---|
| DOCKET NO.   DATE FILED | CV 08  1667 |
| PLAINTIFF<br>ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; UMG RECORDINGS, INC.; LAFACE RECORDS LLC; and MOTOWN RECORD COMPANY, L.P. | DEFENDANT<br>JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.204 2007-10-26 19:31:12 EDT         **CASE ID#** 146123210

**P2P Network:** GnutellaUS                                     **Total Audio Files:** 419

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | T.I. | Get Loose | Urban Legend | 367-100 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Avant | You | Private Room | 339-561 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |
| LaFace Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | Goodbye | Jagged Little Thrill | 302-328 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | 196-004 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; UMG RECORDINGS, INC.; LAFACE RECORDS LLC; and MOTOWN RECORD COMPANY, L.P. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.204 2007-10-26 19:31:12 EDT          **CASE ID#** 146123210

**P2P Network:** GnutellaUS                                     **Total Audio Files:** 419

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | T.I. | Get Loose | Urban Legend | 367-100 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Avant | You | Private Room | 339-561 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |
| LaFace Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | Goodbye | Jagged Little Thrill | 302-328 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | 196-004 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; UMG RECORDINGS, INC.; LAFACE RECORDS LLC; and MOTOWN RECORD COMPANY, L.P. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.204 2007-10-26 19:31:12 EDT          **CASE ID#** 146123210

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 419

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Atlantic Recording Corporation | T.I. | Get Loose | Urban Legend | 367-100 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Avant | You | Private Room | 339-561 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |
| LaFace Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | Goodbye | Jagged Little Thrill | 302-328 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | 196-004 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; UMG RECORDINGS, INC.; LAFACE RECORDS LLC; and MOTOWN RECORD COMPANY, L.P. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.204 2007-10-26 19:31:12 EDT          **CASE ID#** 146123210

**P2P Network:** GnutellaUS                                     **Total Audio Files:** 419

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | T.I. | Get Loose | Urban Legend | 367-100 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Avant | You | Private Room | 339-561 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |
| LaFace Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | Goodbye | Jagged Little Thrill | 302-328 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | 196-004 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |
|---|---|
| DOCKET NO.     DATE FILED | |

| PLAINTIFF<br>ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; UMG RECORDINGS, INC.; LAFACE RECORDS LLC; and MOTOWN RECORD COMPANY, L.P. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.204 2007-10-26 19:31:12 EDT         **CASE ID#** 146123210

**P2P Network:** GnutellaUS                                     **Total Audio Files:** 419

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | T.I. | Get Loose | Urban Legend | 367-100 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Avant | You | Private Room | 339-561 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |
| LaFace Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | Goodbye | Jagged Little Thrill | 302-328 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | 196-004 |