UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ATLANTIC RECORDING CORP., et al., | ) ) ) | No. C08-1667 BZ |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **ORDER GRANTING IMMEDIATE DISCOVERY** |
| JOHN DOE, | ) ) | |
| Defendant. | ) ) | |

Upon plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, **IT IS HEREBY ORDERED** that plaintiffs may serve immediate discovery on California State University, Monterey Bay, to obtain the identity of defendant John Doe by serving a Rule 45 subpoena that seeks information sufficient to identify John Doe, including the name, current and permanent addresses and telephone numbers, e-mail address, and Media Access Control (MAC) address for John Doe. Without such discovery, plaintiffs cannot identify John Doe, and thus cannot pursue their lawsuit aimed at protecting

1

1  their copyrighted works from infringement.

2  **IT IS FURTHER ORDERED** that any information disclosed to
3  plaintiffs in response to the Rule 45 subpoena may be used by
4  plaintiffs solely for the purpose of protecting plaintiffs'
5  rights under the Copyright Act.

6  **IT IS FURTHER ORDERED that** if the University's funding
7  makes it subject to 20 U.S.C. section 1232g, the University
8  shall follow 20 U.S.C. section 1232g(b)(2)(B) in producing
9  the information.

10 Dated: April 24, 2008

11  _____
12  Bernard Zimmerman
    United States Magistrate Judge

14 G:\BZALL\-BZCASES\ATLANTIC RECORDING V. DOE\ORDER. GRANT IMMEDIATE DISCOVERY.wpd

2