UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Atlantic Recording Corporation, et al.,           No. C08-1667 BZ

    Plaintiff(s).

    v.                                                                   NOTICE OF IMPENDING
                                                                                    REASSIGNMENT TO A UNITED
                                                                                    <u>STATES DISTRICT COURT JUDGE</u>

John Doe,

    Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **July 7, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: April 29, 2008

                                     Richard W. Wieking, Clerk
                                     United States District Court

                                     *Lashanda Scott*
                                     _____
                                     By: Lashanda Scott - Deputy Clerk to
                                     Magistrate Judge Bernard Zimmerman

reassign.DCT