**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 3, 2008

Case No.  C 08-01667 WHA

Title: ALTANTIC RECORDING CORP v. ANDREW SUAREZ-LOPEZ

Plaintiff Attorneys: Dawniell Zavala

Defense Attorneys: n/a

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2) 

Complete Initial Disclosures (Rule 26): 7/31/08

Discovery Cutoff: 2/20/09

Designation of Experts: 2/20/09

Last Day to File Motion: 3/26/09


Continued to __ for Further Case Management Conference

Continued to  **6/1/09 at 2:00 pm**  for Pretrial Conference

Continued to  **6/15/09 at 7:30 am**  for Trial

**ORDERED AFTER HEARING:**


Case is referred ADR for mediation.  Plaintiff shall serve a copy of the case management order on the defendant by mail.